

# Fourth Court of Appeals
## San Antonio, Texas

November 4, 2022

No. 04-22-00139-CV

Richard **WALKER**,
Appellant

v.

**SKYVUE APARTMENTS**,
Appellee

From the County Court At Law No. 10, Bexar County, Texas
Trial Court No. 2021CV04545
Honorable J Frank Davis, Judge Presiding

# O R D E R

Appellant's brief was due to be filed by November 2, 2022. Neither the brief nor a motion for extension of time have been filed. It is therefore ORDERED that appellant show cause in writing within fifteen days from the date of this order why this appeal should not be dismissed for want of prosecution. *See* TEX. R. APP. P. 38.8(a).

_Liza A. Rodriguez_
Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 4th day of November, 2022.

_Michael A. Cruz_
MICHAEL A. CRUZ, Clerk of Court